IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALBERT MARQUAVIOUSLAMAR ANDERSON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | 1:23CV111 |
| LEE, et al., | | |
| Defendants. | | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 13, 2023, was served on the parties in this action. (ECF Nos. 4, 5.) Plaintiff submitted a filing which he labeled as an Objection, (*see* ECF No. 6), but said filing actually states that Plaintiff does not object to the Magistrate Judge's Recommendation (*see id.*). The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be filed and **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper 42 U.S.C. § 1983 forms, which corrects the defects cited in the Recommendation.

This, the 30th day of March 2023.

/s/ Loretta C. Biggs
United States District Judge